# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Shawn L. Cochran | ) | Bankruptcy No. 25-21074-GLT |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| | ) | Document No. |
| Shawn L. Cochran | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Pomeroy Technologies, LLC | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

    I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on July 14, 2025 via first class mail postage prepaid:

**Pomeroy Technologies, LLC**
**Payroll Department**
**1050 Elijah Creek Road**
**Hebron, KY 41048**

Executed on:  <u>July 25, 2025</u>    /s/Charles J. Grudowski
    Charles J. Grudowski, Esquire
    PA ID No. 91231
    Grudowski Law, P.C.
    3925 Reed Boulevard, Suite 201
    Murrysville, PA 15668
    Telephone: (412) 904-1940
    Email: cjg@grudowskilaw.com