**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Shawn L. Cochran | ) | Bankruptcy No. 25-21074-GLT |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | |
| | ) | Document No. |
| Shawn L. Cochran | ) | |
| Movant(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Pro Search, Inc. | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on October 20, 2025 via first class mail postage prepaid:

**Pro Search, Inc.
Payroll Department
PO Box 7489
Portland, ME 04112**

Executed on:   October 20, 2025           /s/Charles J. Grudowski
Charles J. Grudowski, Esquire
PA ID No. 91231
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Telephone: (412) 904-1940
Email: cjg@grudowskilaw.com