IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Shawn L. Cochran | : | Bankruptcy No.  25-21074-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Pennymac Loan Services, LLC | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Shawn L. Cochran, | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| Respondent(s) | : | |

### DECLARATION RE: NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY PENNYMAC LOAN SERVICES, LLC

Declaration of Debtor's Attorney:

Regarding the Notice of Mortgage Payment Change filed on March 24, 2026 by the above-referenced creditor at Claim No. 5 in the above-captioned bankruptcy case, I, Charles J. Grudowski, legal counselor for the debtor, hereby certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Respectfully Submitted,

Date:  May 15, 2026

/s/Charles J. Grudowski
Charles J. Grudowski, Esquire
Pa. I.D. #91231
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
(412) 904-1940 Telephone
Email: cjg@grudowskilaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Shawn L. Cochran | : | Bankruptcy No.  25-21074-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Pennymac Loan Services, LLC | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Shawn L. Cochran, | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I, Charles J. Grudowski, Esquire, certify under penalty of perjury that I served the forgoing Declaration Re: Notice Of Mortgage Payment Change By Pennymac Loan Services, LLC on the following parties by first-class mail postage prepaid or via electronic filing with the US Bankruptcy Court.

Ronda J. Winnecour, Esq.
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Email: cmecf@chapter13trusteewdpa.com

Pennymac Loan Services, LLC
c/o Matthew Fissel
701 Market Street, Suite 5000
Philadelphia, PA 19106
Email: bkgroup@kmllawgroup.com

Date:  May 15, 2026

*/s/Charles J. Grudowski*
Charles J. Grudowski, Esquire
Pa. I.D. #91231
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
(412) 904-1940 Telephone
(855) 496-3150 Fax
Email: cjg@grudowskilaw.com