**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Shawn L. Cochran, | ) | Bankruptcy No. 25-21074-GLT |
| | ) | |
|     Debtors. | ) | Chapter 13 |
| | ) | |
| | ) | **Hearing Date: July 22, 2026** |
| Grudowski Law, P.C. | ) | **Hearing Time:  10:00 a.m.** |
| | ) | **Location:     U.S. Steel Tower** |
|     Applicant, | ) | **600 Grant Street, 54th Floor** |
| | ) | **Pittsburgh, PA 15219** |
|     vs. | ) | **Courtroom A** |
| | ) | |
|     No Respondent(s), | ) | |
| | ) | |

## <u>CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on June 11, 2026 been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Application for Compensation were to be filed and served no later than June 28, 2026.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

Respectfully submitted,

Date: June 30, 2026

*/s/Charles J. Grudowski*
Charles J. Grudowski, Esquire
Attorney for Debtors
PA-91231
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668

1

(412) 904-1940 Telephone
CJG@GrudowskiLaw.com Email