FILED
7/1/26 6:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Shawn L. Cochran, | ) | |
| | ) | Bankruptcy No.  25-21074-GLT |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| | ) | **Hearing Date:  July 22, 2026** |
| Grudowski Law, P.C. | ) | **Hearing Time:  10:00 a.m.** |
| | ) | **Location:      U.S. Steel Tower** |
| Applicant, | ) | **600 Grant Street, 54th Floor** |
| | ) | **Pittsburgh, PA 15219** |
| vs. | ) | **Courtroom A** |
| | ) | Related Dkt. No. 43 |
| No Respondent(s), | ) | |
| | ) | |

**ORDER OF COURT**

**AND NOW,** to-wit, this _____1st_____ day of _____July_____ , 2026 the **APPLICATION OF GRUDOWSKI LAW, P.C. FOR INTERIM COMPENSATION AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$5,720.00** for legal services rendered on behalf of the Debtor for the period between April 28, 2025 through June 11, 2026.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Prepared by: _____Charles Grudowski, Esq._____

**DEFAULT ENTRY**

Dated:   July 1, 2026 _____

_____
Gregory L. Taddonio   **hct**
United States Bankruptcy Judge

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 25-21074-GLT

Shawn L. Cochran                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shawn L. Cochran, 237 Sunset Drive, Lower Burrell, PA 15068-3220 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles James Grudowski | on behalf of Debtor Shawn L. Cochran cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5